BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
703 Market Street, Suite 250
San Francisco, CA 94103
(415) 344-0233

Attorneys for MUNASSAR MOHAMED

**FILED**

JUN 0 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNASSAR MOHAMED,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN SHIP MANAGEMENT, LLC.,<br><br>   Defendant. | Civil No. C 02-05656WWS<br><br>[proposed] ORDER OF 90 DAY CONDITIONAL DISMISSAL |

  The parties, MUNASSAR MOHAMED and AMERICAN SHIP MANAGEMENT, LLC., have represented to this above-captioned Court that these parties have agreed to a full and complete settlement of the subject action and to an order of this Court dismissing this action in its entirety, with prejudice, pending plaintiff's execution of a written release and the defendant causing tender of consideration therefor to be made, WHEREFORE, and it otherwise appearing to be in the interests of justice;

IT IS ORDERED THAT:

1. The jury trial date in this action of June 20, 2005 is hereby vacated, as are all pretrial conference dates and deadlines.

2. The above captioned action, in its entirety, shall be automatically dismissed with

ORDER OF 90 DAY CONDITIONAL DISMISSAL
[\mohamed - m v asmtrialarb\\order.m] 2

prejudice, each party to bear its own costs, effective 90 days from the date of this Order subject to the condition subsequent that should either party require further civil procedure in this action and or an order of this Court to effectuate the completion of actual settlement, any such party may file for such relief within 90 days of the date of this Order and this Order of dismissal will be abated and/or vacated, as deemed appropriate by the Court in order to effect justice.

SO ORDERED

DATED: June 7, 2005

WILLIAM W. SCHWARZER,
United States District Court Judge

APPROVED AS TO FORM

EMARD, DANOFF, PORT & TAMULSKI, LLP

By: _____/s/_____
ERIC DANOFF, attorneys for Defendant
AMERICAN SHIP MANAGEMENT, LLC

ORDER OF 90 DAY CONDITIONAL DISMISSAL
[\mohamed - m v asmtrialarb\\order.m 2